IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHERWOOD FARROW,**

    Petitioner,

v.                                                                         Civil Action No. **3:15CV269**

**MR. WILSON,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a former federal inmate[1] proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court informed Petitioner that he must keep the Court informed of his current address. On June 6, 2017, the United States Postal Service returned a May 22, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD" because Petitioner has relocated. Since that date Petitioner has not provided the Court with a current address. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: 7/12/17
Richmond, Virginia

---

[1] Per the Government's Motion to Dismiss, Petitioner was released from custody on May 17, 2017. (ECF No. 11 at 1.)